CO EMPLOYEE ID [illegible]
PCSJ&A [illegible]
Cost Center: 11031239

# Earnings Statement



*Hubbell Power Systems, Inc.*
*40 Waterview Drive*
*Shelton, CT 06484*

Page 001 of 001

Period Beg/End: 08/24/2025 - 09/06/2025
Advice Date: 09/12/2025
Advice Number: 0221636692
Batch Number: 000000005222

**JOHN PAUL JOHNSON**
**7045 KINGBURGH LN**
**NORTH AUGUSTA SC 29860**

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 223.66 | 1,017.61 |
| Regular working ti | 20.1500 | 72.00 | 1,450.80 | 8,100.30 |
| Overtime paid 1.5 | 30.2250 | 26.00 | 785.85 | 2,115.75 |
| Holiday | 20.1500 | 8.00 | 161.20 | 322.40 |
| Vacation Pay | | | | 725.40 |
| Gross Pay | | | 2,621.51 | 12,281.46 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 240.99- | 1,011.78- |
| EE Social Security Tax | | | 158.81- | 750.29- |
| EE Medicare Tax | | | 37.14- | 175.47- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 132.76- | 593.98- |
| **Additional Deductions** | | | | |
| *Medical EE pre-tax | | | 60.00- | 180.00- |
| Total Net Pay | | | 1,991.81 | 9,569.94 |
| Total Work Hours for Pay Period | | | | 98.00 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 24.00 | 0.00 | 24.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,991.81 |

Your federal taxable wages 2,561.51
*Excluded from Federal Taxable Wages

**Hubbell Power Systems, Inc.**
**40 Waterview Drive**
**Shelton, CT 06484**

**Advice Number:** 0221636692

**Advice Date:** 09/12/2025

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXXX3289 | 053207766 | 1991.81 |

THIS IS NOT A CHECK



CO EMPLOYEE ID 000000-000000

Cost Center:



Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

# Earnings Statement

Page 001 of 001

Period Beg/End: 08/24/2025 - 09/06/2025
Advice Date: 09/12/2025
Advice Number: 0221636692
Batch Number: 000000005222

JOHN PAUL JOHNSON
7045 KINGBURGH LN
NORTH AUGUSTA SC 29860

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 223.66 | 1,017.61 |
| Regular working ti | 20.1500 | 72.00 | 1,450.80 | 8,100.30 |
| Overtime paid 1.5 | 30.2250 | 26.00 | 785.85 | 2,115.75 |
| Holiday | 20.1500 | 8.00 | 161.20 | 322.40 |
| Vacation Pay | | | | 725.40 |
| Gross Pay | | | 2,621.51 | 12,281.46 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 240.99- | 1,011.78- |
| EE Social Security Tax | | | 158.81- | 750.29- |
| EE Medicare Tax | | | 37.14- | 175.47- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 132.76- | 593.98- |
| **Additional Deductions** | | | | |
| *Medical EE pre-tax | | | 60.00- | 180.00- |
| Total Net Pay | | | 1,991.81 | 9,569.94 |
| Total Work Hours for Pay Period | | | | 98.00 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 24.00 | 0.00 | 24.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,991.81 |

Your federal taxable wages 2,561.51
*Excluded from Federal Taxable Wages

**Hubbell Power Systems, Inc.**
**40 Waterview Drive**
**Shelton, CT 06484**

**Advice Number:** 0221636692

**Advice Date:** 09/12/2025

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXXX3289 | 053207766 | 1991.81 |







CO EMPLOYEE ID 000000-000000
PCSJ6A [illegible]
Cost Center: 11031239

HUBBELL

*Hubbell Power Systems, Inc.*
*40 Waterview Drive*
*Shelton, CT 06484*

# Earnings Statement

Page 001 of 001

Period Beg/End: 07/27/2025 - 08/09/2025
Advice Date: 08/15/2025
Advice Number: [illegible]
Batch Number: [illegible]

**JOHN PAUL JOHNSON**
**7045 KINGBURGH LN**
**NORTH AUGUSTA SC 29860**

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 148.61 | 719.90 |
| Regular working ti | 20.1500 | 73.75 | 1,486.06 | 5,908.99 |
| Overtime paid 1. | | | | 1,329.90 |
| Holiday | | | | 161.20 |
| Gross Pay | | | 1,634.67 | 8,119.99 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 110.56- | 671.60- |
| EE Social Security Tax | | | 97.63- | 499.72- |
| EE Medicare Tax | | | 22.83- | 116.87- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 71.58- | 395.51- |
| **Additional Deductions** | | | | |
| *Medical EE pre-tax | | | 60.00- | 60.00- |
| Total Net Pay | | | 1,272.07 | 6,376.29 |
| Total Work Hours for Pay Period | | | | 73.75 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 60.00 | 0.00 | 60.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,272.07 |

Your federal taxable wages 1,574.67
*Excluded from Federal Taxable Wages

HUBBELL

**Hubbell Power Systems, Inc.**
**40 Waterview Drive**
**Shelton, CT 06484**

**Advice Number:** 0219236786

**Advice Date:** 08/15/2025

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXXX3289 | 053207766 | 1272.07 |

THIS IS NOT A CHECK

CO EMPLOYEE ID 000000-000000
PCSJ&A [illegible]6
Cost Center: [illegible]9



# Earnings Statement



*Hubbell Power Systems, Inc.*
*40 Waterview Drive*
*Shelton, CT 06484*

Page 001 of 001

Period Beg/End: 06/29/2025 - 07/12/2025
Advice Date: 07/18/2025
Advice Number: [illegible]
Batch Number: [illegible]

**JOHN PAUL JOHNSON**
**7045 KINGBURGH LN**
**NORTH AUGUSTA SC 29860**

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 223.66 | 355.69 |
| Regular working ti | 20.1500 | 72.00 | 1,450.80 | 2,810.93 |
| Overtime paid 1.5 | 30.2250 | 26.00 | 785.85 | 785.85 |
| Holiday | 20.1500 | 8.00 | 161.20 | 161.20 |
| Gross Pay | | | 2,621.51 | 4,113.67 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 254.19- | 354.85- |
| EE Social Security Tax | | | 162.54- | 255.05- |
| EE Medicare Tax | | | 38.01- | 59.65- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 136.48- | 202.94- |
| Total Net Pay | | | 2,030.29 | 3,341.18 |
| Total Work Hours for Pay Period | | | | 98.00 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 60.00 | 0.00 | 60.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,030.29 |

Your federal taxable wages 2,621.51
*Excluded from Federal Taxable Wages

**Hubbell Power Systems, Inc.**
**40 Waterview Drive**
**Shelton, CT 06484**

**Advice Number:** 0216786886

**Advice Date:** 07/18/2025

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXXX3289 | 053207766 | 2030.29 |

CO EMPLOYEE ID 000000-000000
PCSJ&A 3[illegible]
Cost Center: [illegible]



*Hubbell Power Systems, Inc.*
*40 Waterview Drive*
*Shelton, CT 06484*

# Earnings Statement

Page 001 of 001

Period Beg/End: 06/16/2025 - 06/28/2025
Advice Date: 07/03/2025
Advice Number: [illegible]
Batch Number: [illegible]

**JOHN PAUL JOHNSON**
**7045 KINGBURGH LN**
**NORTH AUGUSTA SC 29860**

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 132.03 | 132.03 |
| Regular working ti | 20.1500 | 67.50 | 1,360.13 | 1,360.13 |
| Gross Pay | | | 1,492.16 | 1,492.16 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 100.66- | 100.66- |
| EE Social Security Tax | | | 92.51- | 92.51- |
| EE Medicare Tax | | | 21.64- | 21.64- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 66.46- | 66.46- |
| Total Net Pay | | | 1,210.89 | 1,210.89 |
| Total Work Hours for Pay Period | | | | 67.50 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 60.00 | 0.00 | 60.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,210.89 |

Your federal taxable wages 1,492.16
*Excluded from Federal Taxable Wages

2002 AutomaticData Processing (PCSUVO)

**Hubbell Power Systems, Inc.**
**40 Waterview Drive**
**Shelton, CT 06484**

**Advice Number:** 0215686904
**Advice Date:** 07/03/2025

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXXX3289 | 053207766 | 1210.89 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / F5W 29778345 | 01/500 | [illegible] | 1 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

# Earnings Statement



Period Starting: 10/01/2025
Period Ending: 10/09/2025
Pay Date: 10/15/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 6
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 44014.04 |
| LT Disability | | | 0.00 | 117.00 |
| ST Disability | | | 0.00 | 118.32 |
| Severance | | 0.00 | 3461.60 | 3461.60 |
| Gross Pay | | | $3,461.60 | $47,710.96 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 324.80 |
| Social Security | -214.62 | 2714.36 |
| Medicare | -50.19 | 634.81 |
| South Carolina State Income | -11.66 | 1042.48 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | 0.00 | 3354.21 |
| *Dental 1 | 0.00 | 330.00 |
| *Voluntary Life Insurant | 0.00 | 139.53 |
| *Vision 1 | 0.00 | 107.22 |
| Long-term disability | 0.00 | 117.00 |
| Short Term Disability | 0.00 | 118.32 |
| Net Pay | $3,185.13 | |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6058 | XXXXXXXXX | 3185.13 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $3,461.60
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date: 10/15/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6058 | XXXXXXXXX | 3185.13 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / F5W 29778345 | 01/500 | [illegible] | 1 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

# Earnings Statement



Period Starting: 09/01/2025
Period Ending: 09/30/2025
Pay Date: 09/30/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 6
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 173.33 | 6514.04 | 44014.04 |
| LT Disability | | 0.00 | 19.50 | 117.00 |
| ST Disability | | 0.00 | 19.72 | 118.32 |
| Gross Pay | | | $6,553.26 | $44,249.36 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 324.80 |
| Social Security | -377.85 | 2499.74 |
| Medicare | -88.37 | 584.62 |
| South Carolina State Income | -133.02 | 1030.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -358.71 | 3354.21 |
| *Dental 1 | -55.00 | 330.00 |
| *Voluntary Life Insurant | -27.38 | 139.53 |
| *Vision 1 | -17.87 | 107.22 |
| Long-term disability | -19.50 | 117.00 |
| Short Term Disability | -19.72 | 118.32 |
| Net Pay | $5,455.84 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 1039.98 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6058 | XXXXXXXXX | 5455.84 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $6,094.30
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date: 09/30/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6058 | XXXXXXXXX | 5455.84 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / F5W 29778345 | 01/500 | [illegible] | 1 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

# Earnings Statement



Period Starting: 08/01/2025
Period Ending: 08/31/2025
Pay Date: 08/29/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 6
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 173.33 | 7500.00 | 37500.00 |
| LT Disability | | 0.00 | 19.50 | 97.50 |
| ST Disability | | 0.00 | 19.72 | 98.60 |
| Gross Pay | | | $7,539.22 | $37,696.10 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.96 | 324.80 |
| Social Security | -424.37 | 2121.89 |
| Medicare | -99.25 | 496.25 |
| South Carolina State Income | -179.56 | 897.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -599.10 | 2995.50 |
| *Dental 1 | -55.00 | 275.00 |
| *Voluntary Life Insurant | -22.43 | 112.15 |
| *Vision 1 | -17.87 | 89.35 |
| Long-term disability | -19.50 | 97.50 |
| Short Term Disability | -19.72 | 98.60 |
| Net Pay | $6,037.46 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 866.65 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.46 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $6,844.82
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date: 08/29/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3289 | XXXXXXXXX | 6037.46 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / F5W 29778345 | 01/500 | 12000000 | 1 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

# Earnings Statement



Period Starting: 07/01/2025
Period Ending: 07/31/2025
Pay Date: 07/31/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 6
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 173.33 | 7500.00 | 30000.00 |
| LT Disability | | 0.00 | 19.50 | 78.00 |
| ST Disability | | 0.00 | 19.72 | 78.88 |
| Gross Pay | | | $7,539.22 | $30,156.88 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.96 | 259.84 |
| Social Security | -424.38 | 1697.52 |
| Medicare | -99.25 | 397.00 |
| South Carolina State Income | -179.56 | 718.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -599.10 | 2396.40 |
| *Dental 1 | -55.00 | 220.00 |
| *Voluntary Life Insurant | -22.43 | 89.72 |
| *Vision 1 | -17.87 | 71.48 |
| Long-term disability | -19.50 | 78.00 |
| Short Term Disability | -19.72 | 78.88 |
| Net Pay | $6,037.45 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 693.32 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.45 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $6,844.82
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date: 07/31/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3289 | XXXXXXXXX | 6037.45 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / F5W 29778345 | 01/500 |  | 1 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

# Earnings Statement



Period Starting: 06/01/2025
Period Ending: 06/30/2025
Pay Date: 06/30/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 6
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 173.33 | 7500.00 | 22500.00 |
| LT Disability | | 0.00 | 19.50 | 58.50 |
| ST Disability | | 0.00 | 19.72 | 59.16 |
| Gross Pay | | | $7,539.22 | $22,617.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.96 | 194.88 |
| Social Security | -424.38 | 1273.14 |
| Medicare | -99.25 | 297.75 |
| South Carolina State Income | -179.56 | 538.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -599.10 | 1797.30 |
| *Dental 1 | -55.00 | 165.00 |
| *Voluntary Life Insurant | -22.43 | 67.29 |
| *Vision 1 | -17.87 | 53.61 |
| Long-term disability | -19.50 | 58.50 |
| Short Term Disability | -19.72 | 59.16 |
| Net Pay | $6,037.45 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 519.99 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.45 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $6,844.82
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date: 06/30/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3289 | XXXXXXXXX | 6037.45 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860