| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **John Paul Johnson**<br>First Name   Middle Name   Last Name | Last 4 digits of Social Security number or ITIN **xxx–xx–0607**<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | **Traci Elena Guerrero–Smith**<br>First Name   Middle Name   Last Name | Last 4 digits of Social Security number or ITIN **xxx–xx–8340**<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **District of South Carolina** | | Date case case filed for chapter  **7**   **10/21/25** | |
| Case number:   **25–04079–eg** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | John Paul Johnson | Traci Elena Guerrero–Smith |
| 2. | All other names used in the last 8 years | aka John Johnson, aka John P Johnson | aka Traci E Guerrero–Smith, aka Traci Guerrero–Smith, aka Traci E Guerrero, aka Traci Elena Smith, aka Traci Elena Guerrero, aka Traci E Smith |
| 3. | Address | 7045 Kingburgh Lane<br>North Augusta, SC 29860 | 7045 Kingburgh Lane<br>North Augusta, SC 29860 |
| 4. | Debtor's attorney<br>Name and address | Benjamin R. Matthews<br>Benjamin R. Matthews & Associates<br>7909 Parklane Road<br>Suite 305<br>Columbia, SC 29223 | Contact phone 803–799–1700<br>Email: benrusmat@gmail.com |
| 5. | Bankruptcy trustee<br>Name and address | Janet B. Haigler<br>Chapter 7 Panel Trustee<br>Post Office Box 505<br>Chapin, SC 29036 | Contact phone 803–261–9806<br>Email: jhaigler@haiglerlawfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | J. Bratton Davis United States Bankruptcy Courthouse 1100 Laurel Street Columbia, SC 29201–2423 | Hours open 8:30 am – 4:30 pm Contact phone: 803–765–5436 Date: 10/21/25 |
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2025 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID and Passcode or call telephone number listed below: Meeting ID: 514 987 6824, Passcode: 6278176026, Telephone: 1–803–853–1824 For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8.** **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/20/26** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** **Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's website at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |
| **14.** **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for electronic notice by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court-issued notices and orders by email. See Local Rule 9036–1. | |

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 25-04079-eg |
| John Paul Johnson | Chapter 7 |
| Traci Elena Guerrero-Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2025 | Form ID: b309a | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 544611171 | + | Edgefield County Treasurer, 206 Penn Street #4, Edgefield SC 29824-1374 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: tracielena624@gmail.com | Oct 21 2025 21:16:00 | John Paul Johnson, 7045 Kingburgh Lane, North Augusta, SC 29860-8059 |
| jdb | + | Email/PDF: jpjohnson1114@gmail.com | Oct 21 2025 21:16:00 | Traci Elena Guerrero-Smith, 7045 Kingburgh Lane, North Augusta, SC 29860-8059 |
| aty | | Email/Text: benrusmat@gmail.com | Oct 21 2025 21:16:00 | Benjamin R. Matthews, Benjamin R. Matthews & Associates, 7909 Parklane Road, Suite 305, Columbia, SC 29223 |
| tr | + | EDI: QJBHAIGLER.COM | Oct 22 2025 01:17:00 | Janet B. Haigler, Chapter 7 Panel Trustee, Post Office Box 505, Chapin, SC 29036-0505 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Oct 21 2025 21:16:00 | US Trustee's Office, Strom Thurmond Federal Building, 1835 Assembly St., Suite 953, Columbia, SC 29201-2448 |
| 544611169 | + | EDI: CAPITALONE.COM | Oct 22 2025 01:17:00 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City UT 84130-0285 |
| 544611170 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 21 2025 21:16:00 | Dept Of Education/neln, PO Box 82561, Lincoln NE 68501-2561 |
| 544611172 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 21 2025 21:16:00 | Goldman Sachs Bank USA, Attn: Bankruptcy Department, PO Box 70379, Philadelphia PA 19176-0379 |
| 544611173 | + | EDI: IRS.COM | Oct 22 2025 01:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 544611174 | + | EDI: SCAROLNADEPREV | Oct 22 2025 01:17:00 | South Carolina Department of Revenue, PO Box 2535, Columbia SC 29202-2535 |
| 544611175 | + | EDI: SYNC | Oct 22 2025 01:17:00 | Syncb/Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 544611176 | + | EDI: SYNC | Oct 22 2025 01:17:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 544611177 | + | EDI: SYNC | Oct 22 2025 01:17:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 544611178 | + | EDI: WTRRNBANK.COM | Oct 22 2025 01:17:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN |

| District/off: 0420-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: b309a | Total Noticed: 16 |

| Recip ID | | | | |
|---|---|---|---|---|
| 544611179 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 22 2025 02:15:03 | | 55440-9475<br>Wells Fargo Bank NA, Attn: Bankruptcy Department, PO Box 393, Minneapolis MN 55480-0393 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 544611180 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy Department, P.O.Box 393, Minneapolis MN 55480-0393 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025          Signature:          /s/Gustava Winters