

**Hubbell Power Systems, Inc.**
40 Waterview Drive
Shelton, CT 06484

CO — EMPLOYEE ID — 000000-000000
Cost Center: 11031239

# Earnings Statement

Page 001 of 001
Period Beg/End: 08/24/2025 - 09/06/2025
Advice Date: 09/12/2025
Advice Number:
Batch Number:

JOHN PAUL JOHNSON
7045 KINGBURGH LN
NORTH AUGUSTA SC 29860

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 223.66 | 1,017.61 |
| Regular working ti | 20.1500 | 72.00 | 1,450.80 | 8,100.30 |
| Overtime paid 1.5 | 30.2250 | 26.00 | 785.85 | 2,115.75 |
| Holiday | 20.1500 | 8.00 | 161.20 | 322.40 |
| Vacation Pay | | | | 725.40 |
| Gross Pay | | | 2,621.51 | 12,281.46 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 240.99- | 1,011.78- |
| EE Social Security Tax | | | 158.81- | 750.29- |
| EE Medicare Tax | | | 37.14- | 175.47- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 132.76- | 593.98- |
| **Additional Deductions** | | | | |
| *Medical EE pre-tax | | | 60.00- | 180.00- |
| Total Net Pay | | | 1,991.81 | 9,569.94 |
| Total Work Hours for Pay Period | | | | 98.00 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 24.00 | 0.00 | 24.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,991.81 |

Your federal taxable wages  2,561.51
*Excluded from Federal Taxable Wages

---



Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Advice Number:
Advice Date: 09/12/2025

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXX3289 | | 1991.81 |



CO      EMPLOYEE ID    000000-000000
PERJSA
Cost C

Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

# Earnings Statement

Page 001 of 001
Period Beg/End:  08/24/2025 - 09/06/2025
Advice Date:    09/12/2025
Advice Number:
Batch Number:

JOHN PAUL JOHNSON
7045 KINGBURGH LN
NORTH AUGUSTA SC 29860

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 223.66 | 1,017.61 |
| Regular working ti | 20.1500 | 72.00 | 1,450.80 | 8,100.30 |
| Overtime paid 1.5 | 30.2250 | 26.00 | 785.85 | 2,115.75 |
| Holiday | 20.1500 | 8.00 | 161.20 | 322.40 |
| Vacation Pay | | | | 725.40 |
| Gross Pay | | | 2,621.51 | 22,281.46 |

**Tax Deductions: Federal**
| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 240.99- | 1,011.78- |
| EE Social Security Tax | | | 158.81- | 750.29- |
| EE Medicare Tax | | | 37.14- | 175.47- |

**Tax Deductions: South Carolina**
| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 132.76- | 593.98- |

**Additional Deductions**
| | | | | |
|---|---|---|---|---|
| *Medical EE pre-tax | | | 60.00- | 180.00- |
| Total Net Pay | | | 1,991.81 | 9,359.94 |
| Total Work Hours for Pay Period | | | | 98.00 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 24.00 | 0.00 | 24.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,991.81 |

Your federal taxable wages    2,561.51
*Excluded from Federal Taxable Wages



Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Advice Number:
Advice Date:    09/12/2025

**THIS IS NOT A CHECK**

Deposited to the account of
JOHN PAUL JOHNSON

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| CHECKING | XXXXXXXX3289 | | 1991.81 |




**Earnings Statement**

Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Period Beg/End: 07/27/2025 - 08/09/2025
Advice Date: 08/15/2025
Advice Number:
Batch Number:
Page 001 of 001

JOHN PAUL JOHNSON
7045 KINGBURGH LN
NORTH AUGUSTA SC 29860

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 148.61 | 719.90 |
| Regular working ti | 20.1500 | 73.75 | 1,486.06 | 5,908.99 |
| Overtime paid 1. | | | | 1,329.90 |
| Holiday | | | | 161.20 |
| Gross Pay | | | 1,634.67 | 8,119.99 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 110.56- | 671.60- |
| EE Social Security Tax | | | 97.63- | 499.72- |
| EE Medicare Tax | | | 22.83- | 116.87- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 71.58- | 395.51- |
| **Additional Deductions** | | | | |
| *Medical EE pre-tax | | | 60.00- | 60.00- |
| Total Net Pay | | | 1,272.07 | 6,376.29 |
| Total Work Hours for Pay Period | | | | 73.75 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 60.00 | 0.00 | 60.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,272.07 |

Your federal taxable wages   1,574.67
*Excluded from Federal Taxable Wages

---

Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Advice Number:
Advice Date: 08/15/2025

**THIS IS NOT A CHECK**

Deposited to the account of       Account Number   Transit ABA        Amount
JOHN PAUL JOHNSON                  CHECKING                            1272.07



**Hubbell Power Systems, Inc.**
40 Waterview Drive
Shelton, CT 06484

## Earnings Statement

Period Beg/End: 06/29/2025 - 07/12/2025
Advice Date: 07/18/2025
Advice Number:
Batch Number:
Page 001 of 001

JOHN PAUL JOHNSON
7045 KINGBURGH LN
NORTH AUGUSTA SC 29860

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 223.66 | 355.69 |
| Regular working ti | 20.1500 | 72.00 | 1,450.80 | 2,810.93 |
| Overtime paid 1.5 | 30.2250 | 26.00 | 785.85 | 785.85 |
| Holiday | 20.1500 | 8.00 | 161.20 | 161.20 |
| **Gross Pay** | | | **2,621.51** | **4,113.67** |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 254.19- | 354.85- |
| EE Social Security Tax | | | 162.54- | 255.05- |
| EE Medicare Tax | | | 38.01- | 59.65- |
| Tax Deductions: South Carolina | | | | |
| Withholding Tax | | | 136.48- | 202.94- |
| **Total Net Pay** | | | **2,030.29** | **3,241.18** |
| Total Work Hours for Pay Period | | | 98.00 | |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 60.00 | 0.00 | 60.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,030.29 |

Your federal taxable wages   2,621.51
*Excluded from Federal Taxable Wages

---

Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Advice Number:
Advice Date: 07/18/2025

**Deposited to the account of**
JOHN PAUL JOHNSON            CHECKING

Account Number    Transit ABA    Amount
                                 2030.29

**THIS IS NOT A CHECK**



# Earnings Statement



Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Period Beg/End: 06/16/2025 - 06/28/2025
Advice Date: 07/03/2025
Advice Number:
Batch Number:
Page 001 of 001

JOHN PAUL JOHNSON
7045 KINGBURGH LN
NORTH AUGUSTA SC 29860

For inquiries on this statement please call: 800-482-2355

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Shift premium | | | 132.03 | 132.03 |
| Regular working ti | 20.1500 | 67.50 | 1,360.13 | 1,360.13 |
| Gross Pay | | | 1,492.16 | 1,492.16 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 100.66- | 100.66- |
| EE Social Security Tax | | | 92.51- | 92.51- |
| EE Medicare Tax | | | 21.64- | 21.64- |
| **Tax Deductions: South Carolina** | | | | |
| Withholding Tax | | | 66.46- | 66.46- |
| Total Net Pay | | | 1,210.89 | 1,210.89 |
| Total Work Hours for Pay Period | | | 67.50 | |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| Vacation Accrual | 60.00 | 0.00 | 60.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,210.89 |

Your federal taxable wages    1,492.16
*Excluded from Federal Taxable Wages

---

Hubbell Power Systems, Inc.
40 Waterview Drive
Shelton, CT 06484

Advice Number:
Advice Date: 07/03/2025

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JOHN PAUL JOHNSON | CHECKING | XXXXXXXXX3289 | | 1210.89 |

| Company Code<br>LW / F5W 29778345 | Loc/Dept<br>01/500 | Number | Page<br>1 of 1 | Earnings Statement |  |
|---|---|---|---|---|---|
| Next Century Spirits Inc<br>400 Vintage Park Dr<br>Ste 140<br>Zebulon, NC 27597-3803 | | | | Period Starting: 10/01/2025<br>Period Ending: 10/09/2025<br>Pay Date: 10/15/2025<br><br>Business Phone: 919-961-2130 | |

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal:  Std W/H Table
 State:    6
 Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:  0.00 Addnl
 State:
 Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 44014.04 |
| LT Disability | | | 0.00 | 117.00 |
| ST Disability | | | 0.00 | 118.32 |
| Severance | | 0.00 | 3461.60 | 3461.60 |
| **Gross Pay** | | | **$3,461.60** | **$47,710.96** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 324.80 |
| Social Security | -214.62 | 2714.36 |
| Medicare | -50.19 | 634.81 |
| South Carolina State Income | -11.66 | 1042.48 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | 0.00 | 3354.21 |
| *Dental 1 | 0.00 | 330.00 |
| *Voluntary Life Insurant | 0.00 | 139.53 |
| *Vision 1 | 0.00 | 107.22 |
| Long-term disability | 0.00 | 117.00 |
| Short Term Disability | 0.00 | 118.32 |

**Net Pay**  $3,185.13

| Deposits<br>account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6058 | XXXXXXXXX | 3185.13 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $3,461.60
* Excluded from Federal taxable wages

---

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date:  10/15/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6058 | XXXXXXXXX | 3185.13 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Company Code | Loc/Dept | | |
|---|---|---|---|
| LW / F5W 29778345 | 01/500 | | |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

**Earnings Statement** 

Period Starting:  09/01/2025
Period Ending:    09/30/2025
Pay Date:         09/30/2025

Business Phone:   919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    6
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 173.33 | 6514.04 | 44014.04 |
| LT Disability | | 0.00 | 19.50 | 117.00 |
| ST Disability | | 0.00 | 19.72 | 118.32 |
| Gross Pay | | | $6,553.26 | $44,249.36 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 324.80 |
| Social Security | -377.85 | 2499.74 |
| Medicare | -88.37 | 584.62 |
| South Carolina State Income | -133.02 | 1030.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -358.71 | 3354.21 |
| *Dental 1 | -55.00 | 330.00 |
| *Voluntary Life Insurant | -27.38 | 139.53 |
| *Vision 1 | -17.87 | 107.22 |
| Long-term disability | -19.50 | 117.00 |
| Short Term Disability | -19.72 | 118.32 |

| Net Pay | $5,455.84 | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 1039.98 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6058 | XXXXXXXXX | 5455.84 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $6,094.30
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date:    09/30/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6058 | XXXXXXXXX | 5455.84 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Company Code | Loc/Dept | Page |
|---|---|---|
| LW / F5W 29778345 | 01/500 | 01 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

**Earnings Statement** 

Period Starting: 08/01/2025
Period Ending: 08/31/2025
Pay Date: 08/29/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  6
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 173.33 | 7500.00 | 37500.00 |
| LT Disability | | 0.00 | 19.50 | 97.50 |
| ST Disability | | 0.00 | 19.72 | 98.60 |
| **Gross Pay** | | | **$7,539.22** | **$37,696.10** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.96 | 324.80 |
| Social Security | -424.37 | 2121.89 |
| Medicare | -99.25 | 496.25 |
| South Carolina State Income | -179.56 | 897.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -599.10 | 2995.50 |
| *Dental 1 | -55.00 | 275.00 |
| *Voluntary Life Insurant | -22.43 | 112.15 |
| *Vision 1 | -17.87 | 89.35 |
| Long-term disability | -19.50 | 97.50 |
| Short Term Disability | -19.72 | 98.60 |
| **Net Pay** | **$6,037.46** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 866.65 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.46 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $6,844.82
* Excluded from Federal taxable wages

---

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date: 08/29/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3289 | XXXXXXXXX | 6037.46 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

Company Code: LW / F5W 29778345  
Loc/Dept: 01/500  
Page: 1 of 1

Next Century Spirits Inc  
400 Vintage Park Dr  
Ste 140  
Zebulon, NC 27597-3803

# Earnings Statement 

Period Starting: 07/01/2025  
Period Ending: 07/31/2025  
Pay Date: 07/31/2025

Business Phone: 919-961-2130

Taxable Filing Status: Married  
Exemptions/Allowances:  
  Federal: Std W/H Table  
  State: 6  
  Local: 0  
Social Security Number: XXX-XX-XXXX

Tax Override:  
  Federal: 0.00 Addnl  
  State:  
  Local:

Traci E Guerrero-Smith  
7045 Kingburgh Lane  
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 173.33 | 7500.00 | 30000.00 |
| LT Disability |  | 0.00 | 19.50 | 78.00 |
| ST Disability |  | 0.00 | 19.72 | 78.88 |
| **Gross Pay** |  |  | **$7,539.22** | **$30,156.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.96 | 259.84 |
| Social Security | -424.38 | 1697.52 |
| Medicare | -99.25 | 397.00 |
| South Carolina State Income | -179.56 | 718.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -599.10 | 2396.40 |
| *Dental 1 | -55.00 | 220.00 |
| *Voluntary Life Insurant | -22.43 | 89.72 |
| *Vision 1 | -17.87 | 71.48 |
| Long-term disability | -19.50 | 78.00 |
| Short Term Disability | -19.72 | 78.88 |

**Net Pay: $6,037.45**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 693.32 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.45 |

Important Notes  
Basis of pay: Salaried

Your federal taxable wages this period are $6,844.82  
* Excluded from Federal taxable wages

---

Next Century Spirits Inc  
400 Vintage Park Dr  
Ste 140  
Zebulon, NC 27597-3803

Pay Date: 07/31/2025



THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3289 | XXXXXXXXX | 6037.45 |

Traci E Guerrero-Smith  
7045 Kingburgh Lane  
North Augusta, SC 29860

| Company Code | Loc/Dept | Page |
|---|---|---|
| LW / F5W 29778345 | 01/500 | 1 of 1 |

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

## Earnings Statement 

| | |
|---|---|
| Period Starting: | 06/01/2025 |
| Period Ending: | 06/30/2025 |
| Pay Date: | 06/30/2025 |
| Business Phone: | 919-961-2130 |

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:      6
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 173.33 | | 7500.00 | 22500.00 |
| LT Disability | 0.00 | | 19.50 | 58.50 |
| ST Disability | 0.00 | | 19.72 | 59.16 |
| Gross Pay | | | $7,539.22 | $22,617.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.96 | 194.88 |
| Social Security | -424.38 | 1273.14 |
| Medicare | -99.25 | 297.75 |
| South Carolina State Income | -179.56 | 538.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical | -599.10 | 1797.30 |
| *Dental 1 | -55.00 | 165.00 |
| *Voluntary Life Insurant | -22.43 | 67.29 |
| *Vision 1 | -17.87 | 53.61 |
| Long-term disability | -19.50 | 58.50 |
| Short Term Disability | -19.72 | 59.16 |

Net Pay     $6,037.45

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 173.33 | 519.99 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.45 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $6,844.82
* Excluded from Federal taxable wages

Next Century Spirits Inc
400 Vintage Park Dr
Ste 140
Zebulon, NC 27597-3803

Pay Date:     06/30/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3289 | XXXXXXXXX | 6037.45 |

THIS IS NOT A CHECK

Traci E Guerrero-Smith
7045 Kingburgh Lane
North Augusta, SC 29860