TRACI E GUERRERO SMITH

7045 KINGBURGH LN, NORTH AUGUSTA SC 29860-8059                                                                                      tracielena624@gmail.com

**Effective Date:** 09/14/2025  **End Date:** 09/12/2026  **Maximum Benefit Amount:** $7,000.00  **Weekly Benefit Amount:** $350.00

**Payment Summary**  **Total Amount Paid:** $1,050.00  **Remaining Balance Amount:** $ 5,950.00  **Overpayment Balance:** $0.00

| Benefit Week | Date Filed: | Net Amount Paid | Overpaid Week | Deductions | Payment Issued | Confirmation Number | View Claim Answers |
|---|---|---|---|---|---|---|---|
| 10/18/2025 | 10/19/2025 | 350.00 | N | N | Y | 24373739 | View |
| 10/11/2025 | 10/12/2025 | 350.00 | N | N | Y | 24355164 | View |
| 10/04/2025 | 10/05/2025 | 350.00 | N | N | Y | 24339072 | View |
| 09/27/2025 | 09/28/2025 | 0.00 | N | N | N | 24320117 | View |
| 09/20/2025 | 09/21/2025 | 0.00 | N | N | N | 24302254 | View |