Certificate Number: 13858-SC-DE-040294827

Bankruptcy Case Number: 25-04079



13858-SC-DE-040294827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2025, at 1:55 o'clock PM EST, John Paul Johnson completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of South Carolina.

Date:   November 10, 2025                    By:    /s/Shauna B. Curtsinger

                                             Name:  Shauna B. Curtsinger

                                             Title: Counselor

Certificate Number: 13858-SC-DE-040294825

Bankruptcy Case Number: 25-04079



13858-SC-DE-040294825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2025, at 1:55 o'clock PM EST, Traci Elena Guerrero-Smith completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of South Carolina.

Date: November 10, 2025

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor