**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25−04079−eg

Chapter: 7

**In re:**

John Paul Johnson
aka John Johnson, aka John P Johnson

Traci Elena Guerrero−Smith
aka Traci E Guerrero−Smith, aka Traci Guerrero−Smith, aka Traci E Guerrero, aka Traci Elena Smith, aka Traci Elena Guerrero, aka Traci E Smith

| Entered By The Court 1/21/26 | ORDER DISCHARGING DEBTOR(S) AND TRUSTEE AND CLOSING THE CASE | Filed By The Court 1/21/26 Lauren T Maxwell Clerk of Court US Bankruptcy Court |
|---|---|---|

The trustee, having certified that the estate of the above−named debtor(s) has been fully administered, and it appearing that the debtor(s) having met the requirements for discharge under 11 USC § 727,

1. The debtors(s), **John Paul Johnson**, **Traci Elena Guerrero−Smith** are granted a discharge;

2. The trustee is discharged as the trustee of this case; and

3. The chapter 7 case of the above−named debtor(s) is closed.

   **IT IS SO ORDERED.**

Elisabetta G.M. Gasparini
United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 25-04079-eg
John Paul Johnson  Chapter 7
Traci Elena Guerrero-Smith
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0420-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: 166BNC | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 544611171 | + | Edgefield County Treasurer, 206 Penn Street No.4, Edgefield SC 29824-1374 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: tracielena624@gmail.com | Jan 21 2026 21:33:00 | John Paul Johnson, 7045 Kingburgh Lane, North Augusta, SC 29860-8059 |
| jdb | + | Email/PDF: jpjohnson1114@gmail.com | Jan 21 2026 21:33:00 | Traci Elena Guerrero-Smith, 7045 Kingburgh Lane, North Augusta, SC 29860-8059 |
| tr | + | EDI: QJBHAIGLER.COM | Jan 22 2026 02:29:00 | Janet B. Haigler, Chapter 7 Panel Trustee, Post Office Box 505, Chapin, SC 29036-0505 |
| 544611169 | + | EDI: CAPITALONE.COM | Jan 22 2026 02:26:00 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City UT 84130-0285 |
| 544611170 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 21:33:00 | Dept Of Education-neln, PO Box 82561, Lincoln NE 68501-2561 |
| 544611172 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 21 2026 21:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy Department, PO Box 70379, Philadelphia PA 19176-0379 |
| 544611173 | + | EDI: IRS.COM | Jan 22 2026 02:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 544611174 | + | EDI: SCAROLNADEPREV | Jan 22 2026 02:26:00 | South Carolina Department of Revenue, PO Box 2535, Columbia SC 29202-2535 |
| 544611175 | + | EDI: SYNC | Jan 22 2026 02:26:00 | Syncb-Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 544611176 | + | EDI: SYNC | Jan 22 2026 02:26:00 | Synchrony Bank-Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 544611177 | + | EDI: SYNC | Jan 22 2026 02:26:00 | Synchrony Bank-Lowes, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 544611178 | + | EDI: WTRRNBANK.COM | Jan 22 2026 02:26:00 | Target NB, Care of Financial and Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 544611179 | + | EDI: WFFC2 | Jan 22 2026 02:26:00 | Wells Fargo Bank NA, Attn: Bankruptcy Department, PO Box 393, Minneapolis MN 55480-0393 |

TOTAL: 13

| District/off: 0420-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: 166BNC | Total Noticed: 14 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 544611180 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy Department, P.O.Box 393, Minneapolis MN 55480-0393 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R. Matthews | on behalf of Joint Debtor Traci Elena Guerrero-Smith benrusmat@gmail.com benjamin-r-matthews-and-associates-llc@pacer.glade.ai |
| Benjamin R. Matthews | on behalf of Debtor John Paul Johnson benrusmat@gmail.com benjamin-r-matthews-and-associates-llc@pacer.glade.ai |
| Janet B. Haigler | jhaigler@haiglerlawfirm.com jhaigler@ecf.axosfs.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 4